Dismissed and Memorandum Opinion filed June 16, 2005









Dismissed and Memorandum Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00294-CV

____________

 

MARIO ONTIVEROAS,
Appellant

 

V.

 

JOHN LOZANO
AND SAMUEL MEDRANO, Appellees

 



 

On Appeal from the
189th District Court

Harris County,
Texas

Trial Court Cause No.
03‑47430

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed December 28,
2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On May 5, 2005, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P.
37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 16, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.